```
                                                     ____FILED    ____ENTERED
                                                     ____LODGED   ____RECEIVED
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND              MAY - 3 2002
```

RAFAEL I. PINKHASOV PINCHAS    :                          AT BALTIMORE
                                                     CLERK U.S. DISTRICT COURT
                               :                       DISTRICT OF MARYLAND
v.                             :       Civil Action WMN-01-2758    BY_____DEPUTY
                               :
JERALD M. JORDAN, et al.       :


**MEMORANDUM AND ORDER**

On February 5, 2002, this Court dismissed the Complaint without prejudice and granted Plaintiff leave to file an Amended Complaint. This Court's dismissal of the 39-page, single-spaced complaint was based on Rule 8 of the Federal Rules of Civil Procedure, which requires that pleadings shall be simple, concise, and direct, and contain a "short and plain statement of the claim." Plaintiff, who is pro se, subsequently amended his complaint by cutting its length to six pages and eliminating many immaterial facts and conclusory accusations. Defendants responded with a Motion to Strike and Dismiss, Paper No. 16, that is essentially identical to their previous motion to dismiss. Without acknowledging any of the changes reflected in the Amended Complaint, and without specifying which claims or allegations might be deficient, Defendants have simply reiterated their general request for dismissal based on Fed. R. Civ. P. 8(a) and 12(b).

This Court will not dismiss or strike the Amended Complaint, or any claims therein, based on Defendants'

unsupported, blanket request.

Accordingly, IT IS this 2nd day of May, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to Strike or Dismiss, Paper No. 16, is hereby DENIED; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to Plaintiff and all counsel of record.

                                        _____
                                        William M. Nickerson
                                        United States District Judge