


SEP 11 2002

**SENIOR JUDGE WILLIAM M. NICKERSON**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Rafael I. PINKHASOV PINCHAS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number WMN 01 CV 2758 |
| Jerald M. JORDAN<br>Donalda K. AMMONS<br>John M. LOVETT | ) |
| Defendants. | ) |

### STATUS REPORT

### AND MOTION FOR MODIFIED SCHEDULE

September 10, 2002

**DISCOVERY**

The Pro Se Plaintiff has proven a difficult individual to deal with. Almost all attempts by Defendant Attorney to confer with the Pro Se Plaintiff as per Local Rule 104.7 have been rebuffed. Pro Se Plaintiff has not submitted any interrogatories or requests that are in compliance with Local Rule 104 or Fed R. Civ. P. 26 and 34. Pro Se Plaintiff has also repeatedly demanded that Defendant Attorney take the time to educate the Plaintiff on rules of civil procedure. Defendant Attorney finds this role inappropriate and is unwilling to spend time and expenses in educating a recalcitrant adversary.

" _APPROVED_ " THIS 16 DAY
OF _September_, 20 02

SENIOR UNITED STATES DISTRICT JUDGE

1

The parties have agreed on the following schedule and respectfully request that the Court accept the following schedule. Despite those difficulties, the Pro Se Plaintiff and the Defendant Attorney has agreed upon the following schedule and respectfully request that the Court approve the following schedule. The Defendant Attorney prays that the Court will approve the modified schedule as an attempt in good faith to allow both parties to proceed.

PROPOSED (MODIFIED) SCHEDULE

The Plaintiff will be deposed by Defendant at the Brick Law Office, 14440 Cherry Lane Court, Suite 200, Laurel, MD (or any other local site as selected by Kelby Brick) on September 24, 2002.

September 24, 2002 – Plaintiff will re-submit to Defendants his interrogatories and request for documents.

By October 24, 2002 – Parties will submit answers and documents to parties' interrogatories and requests for documents.

On November 10, 2002, an updated status report will be due the Court with motions for summary judgments due on December 10.

## PENDING MOTIONS

The follow motions are pending:

    Motion for Default Judgment

    Motion to Intervene as a Defendant

    Defendants' Motion for a Protective Order

## FUTURE MOTIONS

The Defendants will be filing future motions as appropriate including motions for summary judgment.

## ANTICIPATED LENGTH OF TRIAL

The Defendant is unable to anticipate the length of trial because insufficient discovery has occurred and because the motion for summary judgment has not yet been filed. After discovery is completed, the Defendants will be better able to anticipate the length of trial.

## POSSIBILTY THAT THE CASE WILL BE SETTLED

The Defendants, unfortunately, is unable to venture a guess on whether or not the case can be settled. All efforts by the Defendants' Attorney to commence a discussion with the Pro Se Plaintiff on the subject of settlement have been rebuffed. Without a dialogue with the Pro Se Plaintiff, the Defendants are unable to guess whether a settlement can be reached. The Defendants are open to discussion for settlement. However, the Pro Se

Plaintiff has repeatedly told the Defendants that no settlement will be considered and that the case can be resolved only by trial.

Respectfully Submitted

Kelby N. Brick / Bar # 14730
Brick Law Office
14440 Cherry Lane Court
Suite 200
Laurel, MD 20707
(301) 483-4020 TTY
(301) 483-4024 FAX
(800) 735-2258 Voice Relay
kelby@bricklawoffice.com

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of, 20___, a copy of the foregoing Defendants' Status Report and Motion for Modified Schedule was mailed, via regular mail, postage prepaid, to:

Rafael I. Pinkhasov Pinchas
Plaintiff and Pro Se
76-54 168 Street
Hillcrest, NY 11366

Kelby N. Brick

4