**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

October 17, 2002

Rafael I. Pinkhasov Pinchas
76-54 168 Street
Hillcrest, New York 11366

Kelby N. Brick, Esq.
14440 Cherry Lane Ct., Ste. 200
Laurel, MD 20707

Re:   Pinchas v. Jordan, et al.
      Civil Case No. WMN-01-2758

Gentlemen:

This will respond to plaintiff's Motion to Modify Schedule and his request for reconsideration of this Court's approval of defendants' Motion for Modified Schedule.

Plaintiff's request for reconsideration is granted insofar as his Motion to Modify Schedule is granted as follows:

1. An updated status report shall be filed and all discovery shall be completed by November 15, 2002. Counsel will be contacted thereafter regarding a status conference.

2. All dispositive motions shall be filed by December 1, 2002.

The parties are advised that all communication with the Court is to be in writing. No *ex parte* telephone communication will be held. The parties are further advised that no further extensions will be granted.

Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is Directed to docket it as such.

Very truly yours,

William M. Nickerson
Senior United States District Judge

WMN:ce

cc:   U. S. Magistrate Gesner
      Court File