IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFEAL P. PINCHAS,         *
    Plaintiff,           *
v.                         *       Civil Action No.: WMN-01-2758
                           *
JERALD M. JORDAN,          *
DONALDA K. AMMONS,         *
JOHN M. LOVETT,            *
    Defendants.          *
                           *
*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

    This case has been referred to the undersigned for the resolution of discovery disputes pursuant to 28 U.S.C. § 636(b) and Local Rule 301. Currently pending is Defendants' Motion for a Protective Order and Plaintiff's Opposition to Defendants' Motion for a Protective Order. (Paper Nos. 26 and 34). Defendant did not file a reply. No hearing is deemed necessary. Local Rule 105.6. For the reasons discussed below, the defendants' motion is granted in part and denied in part.

    The court has reviewed the parties' submissions and it appears that the plaintiff has agreed to a substantial part of the relief requested in defendants' motion. Specifically, in the plaintiff's opposition, plaintiff stated that he "will not publish or disseminate any defendants-produced material, including discovery documents, through his website or e-mail system." (See Paper No. 34). The court concludes that this

limitation on the use of discovery material agreed to by the plaintiff is appropriate and incorporates that limitation in this order.

The defendants also ask this court to close down the plaintiff's website entirely. After reviewing the materials submitted by the parties, the court concludes that such relief is not appropriate. Certainly, if the plaintiff engages in any conduct that the defendants believe is legally actionable, defendants can pursue any claims they believe they have.

Accordingly, it is this 13TH day of November, 2002 ORDERED that:

1. Defendants' Motion for a Protective Order (Paper No. 26) is GRANTED to the extent that plaintiff shall not publish any material produced in discovery in this case through his website or e-mail system; and

2. All other relief requested in the Defendants' Motion for a Protective Order (Paper No. 26) is DENIED.

3. The Clerk of the Court shall mail copies of this Order to plaintiff and counsel of record.

11-13-02
Date

Beth P. Gesner
United States Magistrate Judge