**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RAFEAL P. PINCHAS,              *
        Plaintiff,             *
v.                             *       Civil Action No.: WMN-01-2758
                               *
JERALD M. JORDAN,              *
DONALDA K. AMMONS,             *
JOHN M. LOVETT,                *
        Defendants.            *
                               *
*    *    *    *    *    *      *    *    *    *    *    *    *
```

**ORDER**

This case has been referred to the undersigned for the resolution of discovery disputes pursuant to 28 U.S.C. § 636(b) and Local Rule 301. Currently pending is Defendants' Motion for Sanctions. (Paper No. 37). The basis of defendants' motion is that plaintiff has not provided any responses to defendants' interrogatories and document requests. The latest status report filed by the plaintiff indicates that plaintiff sent to defendants his discovery responses, by certified mail, on November 12, 2002. (Paper No. 39). Therefore, because plaintiff has served discovery responses, defendants' motion requesting that the court impose sanctions upon plaintiff for his complete failure to respond to discovery requests is moot. If, after reviewing plaintiff's discovery responses, defendants determine that there are outstanding issues, they may take appropriate action pursuant to the local rules.

Accordingly, it is this 20TH day of November, 2002 ORDERED

that:

1.   Defendants' Motion for Sanctions (Paper No. 37) is

DENIED as moot.

2.   The Clerk of the Court shall mail copies of this Order

to plaintiff and counsel of record.

11-20-02
Date

Beth P. Gesner
United States Magistrate Judge

2