IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFAEL I. PINKHASOV PINCHAS :
:
v. : Civil Action No. WMN-01-2758
:
JORDAN, et al. :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 21st day of February, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Emergency Motion for Temporary Restraining Order (Paper No. 51) is hereby DENIED; and

2. That the Clerk of Court shall mail copies of this Order to Plaintiff and all counsel of record.

_____
William M. Nickerson
Senior United States District Judge